**TATA COMMUNICATIONS (AMERICA) INC**
Statement Of Account
Statement Date : 31.03.2014
Customer Name : KTC TELECOM LLC
Account No. : 24099
INVOICES TO :KTC TELECOM LLC

| Customer No. | Description | Transaction Number | Transaction Date | Due Date | Original Amount | Currency Key | Balance Amount | Balance Currency Key |
|---|---|---|---|---|---|---|---|---|
| 24099 | VTSPREM VTSPRMX | INV:2012-00004750-USD | 2012.05.02 | 2012.05.02 | $ 2,386.36 | USD | $ 2,122.49 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00006013-USD | 2012.06.02 | 2012.06.02 | $ 1,047.91 | USD | $ 1,047.91 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00007266-USD | 2012.07.03 | 2012.07.03 | $ 1,007.97 | USD | $ 1,007.97 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00008561-USD | 2012.08.03 | 2012.08.03 | $ 2,463.37 | USD | $ 2,463.37 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00009778-USD | 2012.09.06 | 2012.09.06 | $ 9,814.48 | USD | $ 9,814.48 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00010951-USD | 2012.10.02 | 2012.10.02 | $ 12,947.85 | USD | $ 12,947.85 | USD |
| 24099 | AUDIOTEXT TRANSIT | INV:2012-00012115-USD | 2012.11.02 | 2012.11.02 | $ 17,033.05 | USD | $ 17,033.05 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00013278-USD | 2012.12.02 | 2012.12.02 | $ 19,501.50 | USD | $ 19,501.50 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2012-00014313-USD | 2013.01.02 | 2013.01.02 | $ 15,336.29 | USD | $ 15,336.29 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00001238-USD | 2013.02.02 | 2013.02.02 | $ 4,373.61 | USD | $ 4,373.61 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00002456-USD | 2013.03.02 | 2013.03.02 | $ 2,033.37 | USD | $ 2,033.37 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00003937-USD | 2013.04.02 | 2013.04.02 | $ 4,732.37 | USD | $ 4,732.37 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00005193-USD | 2013.05.02 | 2013.05.02 | $ 13,803.98 | USD | $ 13,803.98 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00006281-USD | 2013.06.02 | 2013.06.02 | $ 15,327.25 | USD | $ 15,327.25 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00007689-USD | 2013.07.02 | 2013.07.02 | $ 14,220.00 | USD | $ 14,220.00 | USD |
| 24099 | VTSPREM VTSPRMX | INV:2013-00008959-USD | 2013.08.03 | 2013.08.03 | $ 955.66 | USD | $ 955.66 | USD |
| | TOTAL BALANCE DUE TO TATA COMMUNICATIONS (AMERICA) INC IN USD : | | | | | | $ 136,721.15 | USD |